UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

ABDULLAH SILLAH, )
)
                Plaintiff, )
  v. )
) Case No.: 14-CV-01960-LHK
COMMAND INTERNATIONAL SECURITY )
SERVICES, NAFEES MEMON, WAQAS ) CASE MANAGEMENT ORDER
"NICK" MEMON, and NOUSHEEN MEMON, )
)
                Defendants. )
)

Plaintiff's Attorney: Huy Ngoc Tran
Defendants' Attorney: Duane R. Folke

      An initial case management conference was held on October 16, 2014. A further case management conference is set for January 21, 2015, at 2 p.m.

      The Court referred the parties to the Court's Alternative Dispute Resolution program for court-sponsored mediation within 90 days of this order.

      The Court set the following case schedule:

INITIAL DISCLOSURES: Defendants shall serve their initial disclosures by October 31, 2014.

DEADLINE TO FILE MOTION TO AMEND OR ADD PARTIES: December 1, 2014

FACT DISCOVERY CUTOFF: April 16, 2015

EXPERT DISCOVERY:
    Opening Reports: May 15, 2015
    Rebuttal Reports: May 29, 2015
    Close of Expert Discovery: June 12, 2015

DISPOSITIVE MOTIONS shall be filed by June 26, 2015, and set for hearing no later than August 13, 2015 at 1:30 p.m. The parties are limited to one dispositive motion per side in the entire case.

FINAL PRETRIAL CONFERENCE: October 22, 2015, at 1:30 p.m.

JURY TRIAL: November 2, 2015, at 9 a.m. Trial is expected to last 3 days.

**IT IS SO ORDERED.**

Dated: October 16, 2014

_____
LUCY H. KOH
United States District Judge

2

Case No.: 14-CV-01960-LHK
CASE MANAGEMENT ORDER