United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ABDULLAH SILLAH,<br><br>    Plaintiff,<br><br>    v.<br><br>COMMAND INTERNATIONAL SECURITY SERVICES, et al.,<br><br>    Defendants. | Case No.: 14-CV-01960-LHK<br><br>**CASE MANAGEMENT ORDER** |

The January 21, 2015 case management conference is CONTINUED to April 29, 2015, at 2 p.m.

Defendants are ordered to exchange initial disclosures within seven days of this order.

The parties are again referred to the Court's ADR program for court-sponsored mediation with a ninety-day deadline. The parties shall contact the ADR unit.

Per the parties' request, the Court extends the fact discovery deadline to May 15, 2015. All other deadlines remain as set in the Court's October 16, 2014 case management order. *See* ECF No. 25.

**IT IS SO ORDERED.**

Dated: January 20, 2015

_____
LUCY H. KOH
United States District Judge