UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| ABDULLAH SILLAH,<br><br>    Plaintiff,<br><br>v.<br><br>COMMAND INTERNATIONAL<br>SECURITY SERVICES, et al.,<br>    Defendants. | Case No. 14-cv-01960-LHK<br><br>**ORDER DIRECTING PARTIES TO FILE A JOINT CASE MANAGEMENT STATEMENT** |

The parties have failed to file a Joint Case Management Statement 7 days in advance of the Case Management Conference set for April 29, 2015 at 2 p.m. *See* Civ. L.R. 16-10(d). The parties are hereby ORDERED to file one Joint Case Management Statement by Monday, April 27, 2015, at 10 a.m. The Statement must "report[] progress or changes since the last statement was filed and mak[e] proposals for the remainder of the case development process." *Id.*

**IT IS SO ORDERED**.

Dated: April 23, 2015

                                                    _____
                                                  LUCY H. KOH
                                                  United States District Judge

1

Case No.: 14-cv-01960-LHK
ORDER DIRECTING PARTIES TO FILE A JOINT CASE MANAGEMENT STATEMENT