UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ABDULLAH SILLAH,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>COMMAND INTERNATIONAL SECURITY SERVICES, et al.,<br>　　　　　Defendants. | Case No. 14-cv-01960-LHK<br><br>**CASE MANAGEMENT ORDER**<br><br>Re: Dkt. No. 42 |

On April 23, 2014, the parties filed a joint case management statement requesting that the Court extend the fact discovery deadline and mediation deadline. Pursuant to the parties' request, the Court extends the fact discovery deadline to the current expert discovery deadline of June 12, 2015. The Court also extends the deadline to conduct mediation to May 28, 2015. The case schedule otherwise remains as set.

The Court CONTINUES the April 29, 2015 case management conference to August 5, 2015, at 2 p.m. The parties shall file one joint case management statement by July 29, 2015.

1

Case No.14-cv-01960-LHK
ORDER

**IT IS SO ORDERED.**

Dated: April 23, 2015

_____
LUCY H. KOH
United States District Judge

Case No.14-cv-01960-LHK
ORDER