UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ABDULLAH SILLAH,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>COMMAND INTERNATIONAL SECURITY SERVICES, et al.,<br>　　　　　Defendants. | Case No.14-cv-01960-LHK<br><br>**CASE MANAGEMENT ORDER**<br><br>Re: Dkt. No. 147 |

The parties' June 18, 2015 stipulation to modify the case schedule is GRANTED in part and DENIED in part.

The fact discovery cut off is now June 26, 2015.

The hearing on dispositive motions remains as set on August 13, 2015. All briefing on any dispositive motions must be completed by July 24, 2015. The parties may stipulate to dates by which dispositive motions must be filed and opposed, but replies must be filed by July 24, 2015.

No further modifications to the case schedule will be entertained. The case schedule otherwise remains as set.

**IT IS SO ORDERED.**

Dated: June 19, 2015

_____
LUCY H. KOH
United States District Judge

Case No.14-cv-01960-LHK
CASE MANAGEMENT ORDER