# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| ABDULLAH SILLAH,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>COMMAND INTERNATIONAL<br>SECURITY SERVICES, et al.,<br><br>　　　　Defendants. | Case No.14-cv-01960-LHK<br><br>**CASE MANAGEMENT ORDER** |

Plaintiff's Attorney: Huy Tran
Defendants': William Ramsey

　　　A case management conference was held on August 5, 2015. The parties were directed to review the Court's bench pretrial standing order.

　　　The case schedule remains as set:

FINAL PRETRIAL CONFERENCE: October 22, 2016, at 1:30 p.m.

COURT TRIAL: November 2, 2015, at 9:00 a.m. Trial is expected to last 4 days.

**IT IS SO ORDERED.**
Dated: August 5, 2015

　　　　　　　　　　　　　　　　　　　　＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿
　　　　　　　　　　　　　　　　　　　　LUCY H. KOH
　　　　　　　　　　　　　　　　　　　　United States District Judge

1

Case No. 14-cv-01960-LHK
CASE MANAGEMENT ORDER