UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ABDULLAH SILLAH,<br><br>    Plaintiff,<br><br>    v.<br><br>COMMAND INTERNATIONAL SECURITY SERVICES, et al.,<br><br>    Defendants. | Case No. 14-CV-01960-LHK<br><br>**ORDER ADVANCING THE DATE OF THE PRETRIAL CONFERENCE** |

The pretrial conference currently set for October 22, 2015 is hereby rescheduled for October 21, 2015 at 11 a.m. The deadline for the parties to meet and confer and the deadline for the parties' pretrial filings under the Court's standing order for bench trials shall remain as though the pretrial conference were scheduled on October 22.

**IT IS SO ORDERED.**

Dated: September 25, 2015

                                                *Lucy H. Koh*
                                                LUCY H. KOH
                                                United States District Judge