UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ABDULLAH SILLAH,<br><br>    Plaintiff,<br><br>    v.<br><br>COMMAND INTERNATIONAL SECURITY SERVICES, et al.,<br><br>    Defendants. | Case No. 14-CV-01960-LHK<br><br>**ORDER REGARDING TRIAL DATES** |

The parties to the Court's criminal case have indicated that the defendant would like to enter a guilty plea on November 4, 2015. Thus, it appears likely that November 9, 2015 will be available for trial in the instant case. By the end of the day on November 4, 2015, the Court will have a definitive answer as to whether November 9 is available for trial in the instant case.

The parties in the instant case shall file a joint statement with the Court by November 2, 2015 indicating whether they would like to reschedule the third day of trial from November 17, 2015 to November 9, 2015 if the Court's criminal trial is in fact vacated.

**IT IS SO ORDERED.**

Dated: October 29, 2015

1

Case No. 14-CV-01960-LHK
ORDER REGARDING TRIAL DATES

_____
LUCY H. KOH
United States District Judge