UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| ABDULLAH SILLAH,<br><br>Plaintiff,<br><br>v.<br><br>COMMAND INTERNATIONAL SECURITY SERVICES, et al.,<br><br>Defendants. | Case No. 14-CV-01960-LHK<br><br>**ORDER RE FINAL EXHIBIT LIST**<br><br>Re: Dkt. No. 98 |

In the parties' final exhibit list, the parties indicate that Exhibit 41 was admitted into evidence on November 3, 2015. ECF No. 98. The Court's records indicate that Exhibit 41 was never admitted into evidence. However, the Court notes that the checks contained in Exhibit 41 are duplicates of checks contained in Exhibits 1 and 43, and that Exhibits 1 and 43 were both admitted into evidence on November 3, 2015. By 5 p.m. on November 18, 2015, the parties shall file a stipulation regarding whether Exhibit 41 should be admitted into evidence.

**IT IS SO ORDERED.**

Dated: November 17, 2015

_Lucy H. Koh_
LUCY H. KOH
United States District Judge

Case No. 14-CV-01960-LHK
ORDER RE FINAL EXHIBIT LIST