UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ABDULLAH SILLAH,<br><br>    Plaintiff,<br><br>    v.<br><br>COMMAND INTERNATIONAL SECURITY SERVICES, et al.,<br><br>    Defendants. | Case No. 14-CV-01960-LHK<br><br>**AMENDED JUDGMENT** |

Following a bench trial, the Court found for Plaintiff Abdullah Sillah ("Plaintiff") and against Defendants Command International Security Services, Nafees Memon, and Waqas Memon (collectively, "Defendants") on Counts 1, 2, 3, and 6. The Court found for Defendants and against Plaintiff on Counts 4, 5, 8, 9, and 10. The Court dismissed Counts 7 and 11 with prejudice on November 3, 2015. *See* ECF No. 93. The Court awarded Plaintiff damages in the amount of $83,573.15.

Plaintiff then moved for an award of $62,579.30 in attorney's fees and $5,312.35 in costs. *See* ECF No. 110. The motion was unopposed, and the Court granted the motion in the amount requested by Plaintiff. *See* ECF No. 113.

Accordingly, the Clerk of the Court shall enter an amended judgment in favor of Plaintiff

1

Case No. 14-CV-01960-LHK
AMENDED JUDGMENT

in the amount of $151,464.80 against Defendants.

**IT IS SO ORDERED.**

Dated: March 8, 2016

_____
LUCY H. KOH
United States District Judge